UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.: 00-6039 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT J. AARON,

    Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes ✓ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET
Suite 300
Miami, FL 33132
Tel No. (305) 961-9376
Fax No. (305) 530-7195
Bar No. A5500282

DATED 1/9/00