AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number: 00-6039
CIV - DIMITROULEAS

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

MAGISTRATE JUDGE
JOHNSON

v.

ALBERT J. AARON
2841 SOMERSET DR
APT. D212
LAUDERDALE LAKES, FL 33311

TO: (Name and Address of Defendant)

    ALBERT J. AARON
    2841 SOMERSET DR

    APT. D212
    LAUDERDALE LAKES, FL 33311



YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

    Mary F. Dooley
    Assistant United States Attorney
    99 NE 4TH STREET
    3RD FLOOR
    MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

JAN 1 0 2000

Clarence Maddox CLERK _____ DATE

(BY) DEPUTY CLERK