UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6039-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT J. AARON,

    Defendant.
_____/

NIGHT BOX FILED
MAR 20 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## STATUS REPORT AND MOTION FOR ADDITIONAL TIME TO FILE A SCHEDULING REPORT

    Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby files this status report and requests this Court to grant plaintiff additional time to file a Scheduling Report and for cause states as follows:

    1) On or about January 10, 2000, plaintiff filed the complaint in this action.

    2) On January 19, 2000, this Court issued an Order Requiring Counsel to Meet within 60 days of filing the complaint and file a Joint Scheduling Report with 10 days thereafter.

    3) On January 12, 2000, plaintiff mailed a Notice of Lawsuit and Request for Waiver of Service of Summons.

    4) Defendant failed to execute the waiver and on February 15, 2000, plaintiff requested its process server to serve the defendant.



5) The process server served defendant on March 9, 2000.

6) On March 16, 2000, plaintiff mailed a copy of the Order for the scheduling report to defendant and requested that he contact the government by March 20, 2000. To date he has not responded.

7) Defendant's time to answer expires on March 29, 2000. If defendant fails to answer, plaintiff will apply to the clerk of the Court for entry of defendant's default. Once default is entered, plaintiff will move for entry of judgment.

WHEREFORE, plaintiff request this Court to grant an extension of days (15) days from the date of this motion to file a scheduling report, or otherwise resolve this matter.

                                Respectfully submitted,

                                THOMAS E. SCOTT
                                UNITED STATES ATTORNEY

By: _____
     MARY F. DOOLEY
     Assistant U.S. Attorney
     Bar No. 112933
     U.S. Attorney's Office
     99 N.E. 4th Street - Suite 300
     Miami, Florida  33132-2111
     Tel. No.:  (305) 961-9311
     Fax  No.:  (305) 530-7195
     E-mail Address:
     mary.dooley@justice.usdoj.govV

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of March, 2000 to:

Albert J. Aaron
3701 Avenue T
Riviera Beach, FL 33404

MARY F. DOOLEY
Assistant U.S. Attorney