UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6039-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT J. AARON,

    Defendant.
_____/

**ORDER GRANTING THE UNITED STATES' REQUEST
FOR ADDITIONAL TIME TO FILE SCHEDULING REPORT**

Plaintiff United States of America's having filed a status report and a motion for additional time within which to file a scheduling report and this Court having considered the motion and pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED that plaintiff have until April 28, 2000 to file a scheduling report or otherwise resolve this matter.

DONE and ORDERED in Chambers, at Fort Lauderdale, Florida, this 22 day of March, 2000.

        WILLIAM P. DIMITROULEAS
        UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA
    Albert J. Aaron