AFFIDAVIT OF SERVICE

CASE NO: 00-6039 CIV DIMITROULEAS

NAME OF SERVER:
ALBERT L. AARON

UNITED STATES OF AMERICA
vs.
ALBERT L. AARON

SERVED FOR:
MOODY L. CODELY, AUSA

COURT:
US DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

INFORMATION

I received this process on 03/15/00 at 2:45 PM and it was served 03/23/00 at
in DADE COUNTY, FLORIDA.

ON: ALBERT L. AARON
AT: [address]
    BOYNTON BEACH, FLORIDA

SUBSTITUTE SERVICE (FS 48.031)

By leaving a copy of this writ, the date and hour of service endorsed
thereon by me, at the defendant's residence with any person residing therein
who is 15 years of age or older, to wit:

MICHAEL AARON
SON / TENANT

and informing such person of their contents.

MILITARY STATUS:

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above
action, am over 18 years of age, that the above affi-
davit is true and correct, and that service was made
in accordance with Rule 1.410(d) Florida R.C.P., and
Rule 4, Federal R.C.P., and Rule 4(c), 28 U.S.C., and
Section 48.021 Fla. Stat.

The foregoing instrument was acknowledged
before me this 24 day of March, 2000
BY CLARK CAPLAN,
who is personally known to me, or who has
produced a D/L as identification
and did take an oath.

PROCESS SERVER: CLARK CAPLAN (004)
CAPLAN/MARKOWITZ & KAYE  (305) 374-3426
CCN Number: 730060

Timothy Toomey
MY COMMISSION # CC852628 EXPIRES
July 5, 2003
BONDED THRU TROY FAIN INSURANCE INC

NOTARY PUBLIC, STATE OF FLORIDA

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

ALBERT J. AARON
2841 SOMERSET DR
APT. D212
LAUDERDALE LAKES, FL 33311

Case Number: *RUSH* 00-6039-CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

TO: (Name and Address of Defendant)

ALBERT J. AARON
2841 SOMERSET DR
APT. D212
LAUDERDALE LAKES, FL 33311

3701 AVENUE S
RIVIERA BEACH, FL

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

JAN 1 0 2000

Clarence Maddox CLERK                     _____ DATE

_____
(BY) DEPUTY CLERK

752659