UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6039-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT J. AARON,

    Defendant.
_____/



## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against Defendant, Albert J. Aaron, filed herein on April 10, 2000, and the Court having reviewed the pleadings submitted on behalf of Plaintiff, and having further noted the entry of default as to Defendant for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff, and for good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall recover of the Defendant, Albert J. Aaron, the sum of $4066.36, consisting of $2355.11 in unpaid principal, plus the amount of $1674.81 in interest accrued through April 6, 2000, in accordance with the supporting documentation attached as "Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 8.00% per annum to the date of this judgment, together with the sum of $175.00 in taxed costs;

2. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, et seq., 28 U.S.C. §§ 3001-3307, and Rule 69(a), Federal Rules of Civil Procedure;



3. The above-styled action is hereby **DISMISSED** with prejudice. The Court reserves jurisdiction to enforce the final judgment;

4. The Clerk of This Court is directed to deny all pending motions as moot; and

5. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this \_\_11\_\_ day of January, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Mary F. Dooley, U.S. Attorney
Albert J. Aaron, Pro se